# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ZANOPRIMA LIFESCIENCES LTD. | § | |
| | § | |
| vs. | § | NO:  WA:22-CV-00268-ADA |
| | § | |
| HANGSEN INTERNATIONAL GROUP LTD | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Public Zoom on August 07, 2023 at 02:30 PM.

IT IS SO ORDERED this 31st day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE